DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

**Entered on Docket
August 26, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: August 23, 2013



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: RICHARD JOHN MULLIN and GAYLE ANNE HARSMA<br>Debtor(s) | Case No.: 12-3-3539 DM<br>Chapter: 13 |

## ORDER CONFIRMING CHAPTER 13 PLAN
## AND ORDER APPROVING ATTORNEY FEES AND NOTICE

The debtor(s) filed a Plan (or if applicable, an Amended Plan) under Chapter 13 of the Bankruptcy Code, a copy of which was served on creditors. After a noticed hearing on August 21, 2013, the Court finds and concludes that the Plan (or if applicable, the Amended Plan) complies with 11 U.S.C. 1325(a) and other applicable bankruptcy laws, rules and procedures and should be confirmed.

THEREFORE IT IS ORDERED THAT:

I. The debtor's (s') Plan (or Amended Plan, if applicable) is confirmed.

II. The future income of the debtor(s) shall be submitted to the supervision and control of David Burchard, Trustee herein, as is necessary for the execution of the Plan.

III. Until the plan is completed, or the case is dismissed or converted to a case under a different Chapter of the Bankruptcy Code the debtor(s) shall make payment to the Trustee, pursuant to the terms of the Plan, no later than the 20th day of each month, at P.O. Box 171, Memphis, TN 38101-0171.

IV. If the debtor(s) fail(s) to timely comply with the terms of the Plan, the Plan shall be considered in default and the Trustee may file a motion to dismiss this case for that reason. Upon the filing of such a motion, debtor(s) shall, within (21) days of the date of service of the Motion cure the Plan default. If the debtor(s) fail(s) to comply with the foregoing, within the twenty (21) days prescribed, the motion shall be heard on the Trustee's next monthly court calendar for dismissals.

V. Except as otherwise provided in the Plan or in this Order Confirming the Plan, the Trustee shall make payments to creditors under the Plan.

VI. The debtor(s) may sell or refinance real property without further order of the court upon written approval of the Chapter 13 Standing Trustee.

VII. Pursuant to the Application for Approval of Attorneys Fees filed by JOSEPH REGO, attorney for (debtor(s), attorneys fees in the sum of $$0.00 are approved, of which $$0.00 has been previously paid.

VIII.  **IT IS FURTHER ORDERED,** except insofar as inconsistent with anything above:

1.  Plan payments shall be $450.00 for eight (8) months, followed by $877.00 for the remaining fifty-two (52) months of the plan, for a total plan base of $49,204.00.

2.  Paragraph 2 and paragraph 4A of Debtors' Amended Chapter 13 Plan, filed on July 17, 2013 shall reflect the following fixed monthly payment to secured creditor, Wells Fargo Dealer Services regarding the 2008 Ford Escape: $400 per month pre-confirmation and $450 per month post-confirmation.

3.  Paragraph 4A of the Debtors' Amended Chapter 13, filed on July 17, 2013, shall reflect the Collateral Value for the creditor, Wells Fargo Dealer Services regarding the 2008 Ford Escape, as $12,200.00.  Debtors' Plan will pay Wells Fargo Dealer Services' secured claim of $7,285.35 at 7.5% interest rate pursuant to their filed proof of claim no. 3.

Concurred as to special provisions content                    Concurred as to special provisions content


/s/ Richard John Mullin                                        /s/ DAVID BURCHARD
Richard John Mullin, Debtor                                    David Burchard, Chapter 13 Trustee



/s/ Gayle Anne Harsma
Gayle Anne Harsma, Debtor



/s/Joseph Rego
Joseph Rego, Attorney for Debtors

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

RICHARD JOHN MULLIN and GAYLE ANNE HARSMA
369 PEACHSTONE TERRACE
SAN RAFAEL, CA 94903